IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TRAVIS D. WILLIAMS,

    Plaintiff,

v.

SHERYL KINYON, ET AL.,

    Defendants.

ORDER

Case No.  21-cv-499-wmc

---

TRAVIS D. WILLIAMS,

    Plaintiff,

v.

ANDREA TITLBACH, ET AL.,

    Defendants.

ORDER

Case No.  21-cv-500-wmc

---

TRAVIS D. WILLIAMS,

    Plaintiff,

v.

SCOTT O. QUARRIER, ET AL.,

    Defendants.

ORDER

Case No.  21-cv-502-wmc

---

Plaintiff Travis D. Williams had an extended deadline of September 14, 2021, to pay the initial partial payments of the filing fees in the above-captioned cases. On August 25, 2021, plaintiff submitted a renewed motion in each of these cases to proceed without paying the initial partial payments.  However, plaintiff has paid the $0.46 initial partial payments in plaintiff's two other cases, 21-cv-514 and 21-cv-515, which was sent from a friend and received

1

on September 7, 2021. Because it may well be that plaintiff will be able to make these initial partial payments with an additional extension, I am willing to provide plaintiff another extension of time until October 14, 2021, in which to pay the $0.46 initial partial filing fees in each of his cases. If, by October 14, 2021, plaintiff is unable to pay the initial partial payments in each of his cases, he is free to renew his request to waive the initial partial filing fees, supported by a recent inmate account statement, or other documentation.

ORDER

IT IS ORDERED that:

1. Plaintiff Travis D. Williams' motions to waive the initial partial filing fees are DENIED without prejudice.

2. Plaintiff may have an enlargement of time, to October 14, 2021, to pay the $0.46 initial partial filing fees in each these cases (total $1.38).

3. If, by October 14, 2021, plaintiff fails to make the initial partial payments in each of these cases or shows cause for failure to do so, plaintiff will be held to have withdrawn these actions voluntarily and the cases will be closed without prejudice to plaintiff's filing these cases at a later date.

Entered this 22nd day of September, 2021.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge